COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Kingvision Pay-Per-View, Ltd.
Plaintiff(s)

v.

CA 05 086 L
C.A. No. ________

FILED FEB 23 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Niove M. Garcia, et al
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff/defendant / Kingvision Pay-Per-View, Ltd. hereby moves that / Julie Cohen Lonstein be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Cable and Satellite Law 47 USC §553,605, et seq.
- Pro hac vice counsel's long-standing representation of the client: ________.
- The local trial bar lacks experience in the field of: ________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ________.

[Plaintiff/~~Defendant~~]
By: Barbara S. Cohen
Attorney for Plaintiff

DATED: 2/18/05

(3)

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

**(1) I certify that I am a member in good standing of the bar of the State(s) of (see attached sheets) and the following federal district court bar(s) ________, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.**

**(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:** I am simultaneously seeking admission on Garden City Boxing Club, Inc. v. Robert D. Durand, Sr., et al and Kingvision Pay-Per-View, Ltd. v. Isaias L. Terrero, et al.

**(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.**

**(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.**

**I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.**

| | |
|---|---|
| [signature] | Barbara S. Cohen [signature] |
| **Name** | **Local Associate Counsel** |
| Julie Cohen Lonstein | Barbara S. Cohen |
| | **R.I. Bar ID #** 2848 |
| **Firm Name** | **Firm Name** |
| Lonstein Law Office, P.C. | Goldenberg & Muri LLP |
| **Business Address** | **Business Address** |
| 1 Terrace Hill, P.O. Box351 | 10 Weybosset Street |
| Ellenville, New York 12428 | Providence, RI 02903 |
| (845) 647-8500 **Tel. #** | (401) 421-7300 **Tel. #** |
| (845) 647-6277 **Fax #** | (401) 421-7352 **Fax #** |

**ORDER:**

This motion is hereby GRANTED.

Ronald R. Lagueux

U.S. District Judge

Date: 3/2/05