**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**KINGVISION PAY-PER-VIEW, LTD.,**
**as Broadcast Licensee of the December 13, 2003**
**Back to Back Program,**
**Plaintiff**

**v.** **C. A. No.: 05-086L**

**NIOVE M. GARCIA, Individually, and as officer, Director, shareholder and/or principal of GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR, and GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR;**
**Defendants**

**ANSWER**

1. This allegation contains a legal conclusion and requires no response.

2. This allegation contains a legal conclusion and requires no response.

3. This allegation contains a legal conclusion and requires no response.

4. Denied.

5. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

6. Admit.

7. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

8. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

9. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

10. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

**COUNT I**

11. Defendant hereby incorporates by reference all of the answers contained in paragraphs 1 though 10, inclusive, as if set forth herein.

12. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

13. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

4

14. Neither admitted nor denied. Defendants' leave Plaintiffs' to their proof.

15. Denied.

16. Denied.

17. Inasmuch as this allegation contains a legal conclusion, no response is required.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

## COUNT II

22. Defendants hereby incorporate the responses contained in paragraphs 1 though 21, inclusive, as if fully set forth herein.

23. Denied.

24. Inasmuch as this paragraph contains a legal conclusion, no response is made. Defendants neither admit nor deny that Plaintiff had distribution rights pursuant to 47 U.S.C. § 605(a) and leave plaintiffs to their proof.

25. Denied.

26. Denied.

27. Denied.

## COUNT III

28. Defendants hereby incorporate the responses contained in paragraphs 1 though 27, inclusive, as if fully set forth herein.

29. Denied.

30. Inasmuch as this paragraph contains a legal conclusion, no response is made. Defendants neither admit nor deny that Plaintiff had distribution rights and leave Plaintiffs to their proof therein.

31. Denied.

32. Denied.

33. Denied.

WHEREFORE, the Defendants, Niove M. Garcia, Individually, and as officer, director, shareholder and/or principal of Gloria's Sports Bar, Inc. d/b/a Gloria's Sports Bar, and Gloria's Sports Bar, Inc. d/b/a Gloria's Sports Bar, pray that Plaintiffs Complaint be dismissed with prejudice and that Defendants be awarded cost, attorneys fees and such other and further relief as this Court may deem just and proper.

Defendants, Niove M. Garcia,
d/b/a Gloria's Sports Bar, Inc.
By and through their Attorney,

John M. Verdecchia, Esq. (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

## AFFIRMATIVE DEFENSES

1. Plaintiffs have failed to state a claim upon which relief may be granted.

2. The court lacks subject matter jurisdiction.

3. The court lacks personal jurisdiction over Defendants'.

4. The Plaintiffs' have failed to satisfy procedural prerequisites to obtain the relief sought.

5. There is no privity between Plaintiffs and Defendants.

6. If Plaintiffs were damaged and/or injured, it was caused by their own negligence,

7. If Plaintiffs were damaged and/or injured, it was caused by their own acts or omissions.

8. Plaintiffs claims are barred pursuant to the Statue of Limitations.

Defendants, Niove M. Garcia,
d/b/a Gloria's Sports Bar, Inc.
By and through their Attorney,

John M. Verdecchia, Esq. (#3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Answers to Julie Cohen Lonstein, Esq., Lonstein Law Office, P.C., 1 Terrace Hill, PO Box 351, Ellenville, NY 12428 and Barbara S. Cohen, Esq., Goldenberg & Muri, LLP, 10 Weybosset Street, Providence, RI 02903 on this ____ day of April, 2005.