AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court ORIGINAL

DISTRICT OF RHODE ISLAND

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **December 13, 2003**
**Back to Back to Back**, Program,
Plaintiff,

V.

NIOVE M. GARCIA, Individually, and as officer, director, shareholder and/or principal of GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR, and GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR;

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05-086L

TO: (Name and address of defendant)

**NIOVE M. GARCIA, Individually, and as officer, director, shareholder and/or principal of GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR**
**287 California Avenue**
**Providence, RI 02905-2814**

**Our File No. 03-9RI-02**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, P.O. Box 351**
**Ellenville, New York 12428**

**GOLDENBERG & MURI, LLP**
**10 Weybosset Street**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/23/05

(BY) DEPUTY CLERK

5

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/7/05 |
| NAME OF SERVER (PRINT) Brian Schulze | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Gloria Barcus
Def. Mother – Gloria's Sports Bar 623 Cranston St.

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/7/05
Date

[signature] #100
Signature of Server

65 Howard Ave Cranston R.I.
Address of Server

FILED
2005 MAY -2 A 11:49
DISTRICT COURT
OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

DISTRICT OF RHODE ISLAND

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **December 13, 2003 Back to Back to Back**, Program,
Plaintiff,

V.

NIOVE M. GARCIA, Individually, and as officer, director, shareholder and/or principal of GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR, and GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR;

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05-086L

TO: (Name and address of defendant)

**GLORIA'S SPORTS BAR, INC. d/b/a GLORIA'S SPORTS BAR**
**623 Cranston Street**
**Providence, RI 02907**
**Our File No. 03-9RI-02**

***Registered Agent for Corporation: Robert M. Ferrieri, Esq.***
**619 Cranston Street 623**
**Cranston, RI 02907-2713**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, P.O. Box 351**
**Ellenville, New York 12428**

**GOLDENBERG & MURI, LLP**
**10 Weybosset Street**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/23/05

(BY) DEPUTY CLERK F. McCabe

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4/6/05 |
|---|---|
| NAME OF SERVER (PRINT) Brian Schulze | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ ~~Other~~ *(specify)*: Registered Agent Robert McGerrieri ESQ.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/6/05
Date

[signature] #100
Signature of Server

65 Howard Ave Cranston, R.I.
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 MAY -2 A 11:50

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.