RECEIVED

JUN 24 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

**KINGVISION PAY-PER-VIEW, LTD.,**
as Broadcast Licensee of the December 13, 2003
Back to Back to Back Program,

Plaintiff,

-against-

**NIOVE GARCIA**, et al.;
Defendants.

**STIPULATION OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**
Civil Action No. CA-05-086L
HON. RONALD R. LAGUEUX

It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby discontinued with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This stipulation is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed March 15, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant.

Dated: June 13, 2005
Ellenville, New York

**Julie Cohen Lonstein, Esq.**
**Bar Roll No. JL8521**
**Lonstein Law Office, P.C.**
**1 Terrace Hill; P.O. Box 351**
**Ellenville, NY 12428**
**Telephone: 845-647-8500**
**Facsimile: 845-647-6277**
***Attorneys for Plaintiff***

Barbara S. Cohen

**Barbara S. Cohen, Esq.**
***Resident Counsel***
**Bar Roll No.** 2878
**Goldenberg & Muri, Llp**
**10 Weybosset Street**
**Providence, RI 02903**
**Telephone: (401)421-7300**
**Facsimile: (401)421-7352**

**John M. Verdecchia, Esq.**
**Bar Roll No.** 3374
**1206 Westminster St.**
**Providence, RI 02909**
**Telephone: 845-638-3333**
**Facsimile: 845-634-2807**
***Attorney for Defendants***

~~**SO ORDERED this ___ day of June, 2005**~~

Enter:
Ronald R. Lagueux
**HON. RONALD R. LAGUEUX**
Sr. **U.S.D. Judge** 7/6/05